IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00327-WDM-MJW

JON VAUPEL,

    Petitioner,

v.

MARIO ORTIZ,
J. ALEXANDER,
MICHAEL CHERTOFF,
MICHAEL J. GARCIA, and
ALBERTO GONZALES,

    Respondents.

## ORDER OF TRANSFER

Miller, J.

On July 27, 2005, I issued an order accepting the recommendation of Magistrate Judge Michael J. Watanabe that the petition for writ of habeas corpus filed by Petitioner Jon Vaupel be denied.  In so doing, I inadvertently overlooked the pending motion by respondents to transfer this case to the United States Court of Appeals for the Tenth Circuit pursuant a recent amendment to the Immigration and Nationality Act.  8 U.S.C. § 1252, as amended by the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, § 106(a), (c), 119 Stat. 231 (2005).  This amendment divests this Court of jurisdiction over the habeas petition challenging Vaupel's order of removal.

Accordingly, it is ordered:

1.     The July 27, 2005 order is withdrawn.

2.     Respondents' motion to transfer, filed May 20, 2005, is granted.

3. This case shall be transferred to the United States Court of Appeals for the Tenth Circuit pursuant to 8 U.S.C. § 1252, as amended.

DATED at Denver, Colorado, on August 4, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge