IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-327-WDM-MJW

JON VAUPEL,

     Petitioner,

v.

MARIO ORTIZ,
J. ALEXANDER,
MICHAEL CHERTOFF,
MICHAEL J. GARCIA, and
ALBERTO GONZALES,

     Respondents.

**ORDER REINSTATING ORDER OF DISMISSAL**

Miller, J.

On July 27, 2005, I entered an order adopting the recommendation of Magistrate Judge Michael J. Watanabe that, *inter alia*, the petition for writ of habeas corpus filed by Petitioner Jon Vaupel be denied. On August 5, 2005, on motion by Respondents, I vacated my July 27 order and transferred this case to the United States Court of Appeals for the Tenth Circuit pursuant to the Immigration and Nationality Act. 8 U.S.C. § 1252, as amended by the REAL ID Act of 2005, Pub. L. No. 109-13, Div. B, § 106(a), (c), 119 Stat. 231 (2005).

On January 3, 2006, the Tenth Circuit remanded the case back to this court, ruling that an exception to the transfer requirements of the REAL ID Act applied here.

Since the case has been returned to this court, Petitioner has filed a number of

documents consisting primarily of supplemental arguments (and requests to file those arguments) and a motion for issuance of a subpoena *duces tecum*.

The recent filings by Petitioner do not identify any change in the applicable law or the factual circumstances of this case since I adopted Magistrate Judge Watanabe's recommendation and dismissed this case in July 2005.  Further, Petitioner has not identified any transactions or occurrences since he filed his documents in this case that would require supplementation under Fed. R. Civ. P. 15(d).  As a result, I concur with Respondents' urging that I reinstate my July 27, 2005 order dismissing this case.

Accordingly, it is ordered:

1. The Order issued July 27, 2005, is reinstated.
2. The motion to dismiss the non-custodial respondents, filed March 14, 2005, is granted.
3. The non-custodial respondents' motion to dismiss the habeas petition, filed March 14, 2005, is moot.
4. Respondent Alexander's motion to dismiss the habeas petition, filed March 25, 2005, is granted, and Vaupel's petition for writ of habeas corpus is denied.
5. Petitioner's motion for stay of deportation and for temporary relief, filed February 22, 2005, is denied.
6. Petitioner's motion for interim relief, filed March 11, 2005, is denied as moot.
7. Petitioner's motion for expedited habeas review, filed February 22, 2005, is denied as moot.
8. Petitioner's motion for issuance of a subpoena *duces tecum*, filed January 23,

2006, is denied.

9. Petitioner's motion for permission to file a supplemental brief, filed January 23, 2006, is denied.

10. Petitioner's motion to proceed *in forma pauperis*, filed January 23, 2006, is denied.

DATED at Denver, Colorado, on February 24, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge