IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00327-WDM-MJW

JON STEPHAN VAUPEL,

    Plaintiff,

v.

MARIO ORTIZ, et al.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    By order of Judge Walker D. Miller:

    Respondents' motion to clarify (doc 80) is granted; the February 24, 2006 order dismissing this case lifted any stay of removal.

Dated: March 31, 2006

                                            s/ Kathy Preuitt-Parks, Deputy Clerk